CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 3 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

2310

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **TRAVIS L. TOTTEN,** | ) | |
| Petitioner, | ) | Civil Action No. 7:05cv00354 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA,** | ) | By: Jackson L. Kiser |
| Respondent. | ) | Senior U.S. District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **FILED** and **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 13th day of June, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge