IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TRAVIS L. TOTTEN,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:05cv00354 |
| v. | )<br>) | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | )<br>)<br>) | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ADJUDGED AND ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **FILED** and **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 13th day of June, 2005.

*/s/ Jackson L. Kiser*
Senior United States District Judge